q. The parties do not have any other matters to raise at this time.

DATED this 12th day of October, 2017.

| OFFICE OF THE CITY ATTORNEY | NORTHWEST IMMIGRANT RIGHTS PROJECT |
|---|---|
| s/ Nathaniel J. Odle | s/ Matt Adams |
| Nathaniel J. Odle, WSBA #39602 | Matt Adams, WSBA #28287 |
| 808 W. Spokane Falls Blvd. | |
| Spokane, WA 99201-3326 | DATED this 16th day of October, 2017. |
| Phone: (509) 625-6225 | |
| Fax: (509) 625-6277 | s/Glenda M. Aldana Madrid |
| nodle@spokanecity.org | Glenda M. Aldana Madrid, WSBA #46987 |

*Attorney for Defendants*

Leila Kang, WSBA #48048
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
matt@nwirp.org
glenda@nwirp.org
leila@nwirp.org

ACLU OF WASHINGTON FOUNDATION

John Midgley, WSBA #6511
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Phone: (206) 624-2184 ext. 290
jmidgley@aclu-wa.org

*Attorneys for Plaintiff*