FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIEL GOMEZ MACIEL,<br><br>   Plaintiff,<br><br>v.<br><br>MYLISSA COLEMAN, in her official and individual capacities; CITY OF SPOKANE,<br><br>   Defendant. | No. 2:17-CV-00292-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 6, 2018, the parties filed a stipulated dismissal, ECF No. 24. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

   **1.**   The parties' Joint Motion to Dismiss, **ECF No. 24**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2